```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW HAMPSHIRE
```

CapitalSource Finance LLC,

    v.                                          Civil No. 08-cv-239-JL

Pittsfield Weaving Company,


**O R D E R**


The parties have cross-appealed from the Bankruptcy Court's order granting, in part, the debtor's seventh motion for continued use of cash collateral.  See 11 U.S.C. § 363.  That order, however, will expire as soon as the Bankruptcy Court rules on the debtor's eighth motion for continued use of cash collateral, which that court took under advisement after conducting a hearing on July 20, 2008.  The appeal and cross-appeal from the order on the seventh motion will then become moot.  This court therefore VACATES its prior order granting an expedited hearing on the appeal and cross-appeal and STAYS this appeal until the Bankruptcy Court rules on the debtor's eighth motion for continued use of cash collateral, whereupon the appeal and cross-appeal will be dismissed as moot.

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated:  July 28, 2008

cc:   Cheryl C. Deshaies, Esq.
      Joseph A. Foster, Esq.
      Peter A. Siddiqui, Esq.
      John P. Sieger, Esq.
      William S. Gannon, Esq.
      Geraldine L. Karonis, Esq.
      James S. LaMontagne, Esq.